STATE of Missouri, Respondent,

v.

Ronnell HARGROVE, Appellant.

No. WD 45319.

Missouri Court of Appeals,
Western District.

April 21, 1992.

James L. McMullin, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and KENNEDY and SMART, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of sale of controlled substance, § 195.211, RSMo Supp. 1991, and from sentence of five years' imprisonment.

Judgment affirmed. Rule 30.25(b).

Geneva M. WILBORN, Appellant,

v.

MISSOURI DEPARTMENT OF CORRECTIONS, Boonville Correctional Center, and Treasurer of Missouri, as Custodian of Second Injury Fund, Respondents.

No. WD 45236.

Missouri Court of Appeals,
Western District.

April 21, 1992.

Thomas P. Baker, Columbia, for appellant.

Maria W. Campbell, Columbia, for respondents.

Before LOWENSTEIN, C.J., and HANNA and SMART, JJ.

### ORDER

PER CURIAM:

From an order denying compensation benefits by the Labor and Industrial Relations Commission, the claimant-employee appeals. Judgment affirmed. Rule 84.-16(b).